# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  vs.                                           **CASE NO. 10-CR-41**

**DENNIS E. PENLTON,**

    **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

Defendant, Dennis E. Penlton (Penlton) brought a motion to suppress evidence that was heard by Magistrate Judge Aaron E. Goodstein. After an evidentiary hearing Judge Goodstein recommended to this court that Penlton's motion be denied.

The court has read the recommendation and reviewed the record and agrees with Judge Goodstein's conclusion that Penlton's motion should be denied. The court adopts the decision and the rationale supporting same.

Penlton's motion to suppress is **denied**.

Dated at Milwaukee, Wisconsin, this 30th day of June 2010.

                                                **SO ORDERED:**

                                                *s/ Rudolph T. Randa*
                                                **Hon. Rudolph T. Randa**
                                                **U.S. District Judge**